# IN THE SUPREME COURT

| | | | |
|---|---|---|---|
| 031P15 | State v. Anthony Dominick A. Figurelli<br><br>and<br><br>State v. Stephen Marshall Sarday | 1. Def Sarday's Motion for Temporary Stay | 1. Allowed **01/20/2015** Dissolved **03/05/2015** |
| | | 2. Def Sarday's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def' Sarday's Notice of Appeal Based Upon a Constitutional Question (COA14-483) | 3. — |
| | | 4. Def. Sarday's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. State's Motion to Dismiss Def. Sarday's Notice of Appeal | 5. Allowed |
| | | 6. Def Figurelli's Motion for Temporary Stay | 6. Allowed **01/27/2015** Dissolved **03/05/2015** |
| | | 7. Def Figurelli's Petition for *Writ of Supersedeas* (COA14-483) | 7. Denied |
| | | 8. Def Figurelli's Notice of Appeal Based Upon a Constitutional Question | 8. — |
| | | 9. Def Figurelli's PDR Under 7A-31 | 9. Denied |
| | | 10. State's Motion to Dismiss Def Figurelli's Notice of Appeal | 10. Allowed |
| 035P15 | State v. Charles Michael Lightsey | Def's PDR Under N.C.G.S. § 7A-31 (COA14-576) | Denied |
| 041P15 | State v. William Antwain Patterson | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-618) | Denied |
| 049A15 | State v. Shawn Adrian Pendergraft | 1. Def's NOA Based Upon a Dissent (COA14-39) | 1. — |
| | | 2. Def's PDR as to Additional Issues | 2. Denied<br><br>**Ervin, J., recused** |
| 049PA14 | State v. James Kevin Moir | Def's Motion to Substitute Counsel | Allowed **01/29/2015** |
| 050P15 | State v. Aaron Murdock Suggs | Def's *Pro Se* Motion to Vacate Sentence | Dismissed |